

Campbell Mithun Tower
222 South Ninth Street
Suite 2000
Minneapolis, MN 55402-3338
Tel (612) 607-7000  Fax (612) 607-7100
www.foxrothschild.com

C. DUNHAM BILES
Direct No:  214.231.5720
Email: CBiles@FoxRothschild.com

July 17, 2019

Hon. Karen Gren Scholer
U.S. District Court
Northern District of Texas
1100 Commerce Street, Room 1654
Dallas, EX 75242

**Re:** **Civil Action No. 3:19-cv-01651-S;** *Deidra M. Roper, et al v. Cheryl James-Wray, a/k/a Cheryl James, et al.* **in the United States District Court for the Northern District of Texas, Dallas Division**

Honorable Judge Karen Gren Scholer:

  We represent Defendants Cheryl James-Wray a/k/a Cheryl James, Sandra Denton, James Maynes and S & C Productions, Inc. (collectively, "Salt-N-Pepa").  **Salt-N-Pepa are specially-appearing in this matter to oppose Plaintiffs' request for a temporary restraining order ("TRO").  Salt-N-Pepa reserve their rights to contest this Court's personal jurisdiction over them in a responsive pleading.**

  We write in response to the letter from Plaintiffs Diedra M. Roper a/k/a "Spinderella" and Spinderella Entertainment, LLC (collectively, "Plaintiffs") to this Court dated July 17, 2019, regarding setting a hearing on Plaintiff's request for a TRO.[1]

---

[1] Plaintiffs have not filed an application and supporting brief but, instead, merely include a request for a TRO in their Complaint.  *See* ECF Doc. 19.

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington

Active\99561929.v4-7/17/19



July 17, 2019
Page 2

  Salt-N-Pepa's counsel is available for a hearing on Plaintiffs' TRO request any day during the week of July 22, 2019, through July 26, 2019, but they would prefer July 22 or 23, 2019.

Sincerely,


C. Dunham Biles

CDB:rb
cc: Paul K. Stafford
   paul.stafford@tklaw.com