## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| DEIDRA M. ROPER a/k/a "Spinderella", and SPINDERELLA ENTERTAINMENT, LLC, §§§§ | |
| Plaintiffs, §§ | |
| v. § | Civil Action No. 3:19-cv-01651-S |
| CHERYL JAMES-WRAY a/k/a CHERLY JAMES, SANDRA DENTON, JAMES MAYNES, AND S & C PRODUCTIONS, INC., §§§§§§ | |
| Defendants. §§ | |

**APPENDIX IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER**

| 1 | Declaration of James Maynes | SNP-000001-35 |
|---|---|---|
| 2 | Declaration of Cheryl James P/K/A Salt | SNP-000036-44 |

Dated:  July 30, 2019

Respectfully submitted,

FOX ROTHSCHILD LLP

/s/  C. Dunham Biles
C. Dunham Biles
State Bar No. 24042407
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Tel:  972-991-0889
Fax:  972-404-0516
cbiles@foxrothschild.com
**ATTORNEYS FOR SPECIALLY-APPEARING
DEFENDANTS**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on July 30 2019, Defendants served a true and correct copy of the foregoing on all known counsel of record via the Northern District of Texas CM/ECF filing system.

/s/  C. Dunham Biles
C. Dunham Biles

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DEIDRA M. ROPER a/k/a "Spinderella", and SPINDERELLA ENTERTAINMENT, LLC, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:19-cv-01651-S |
| CHERYL JAMES-WRAY a/k/a CHERYL JAMES, SANDRA DENTON, JAMES MAYNES, AND S & C PRODUCTIONS, INC., | § § § § § | |
| Defendants. | § § | |

## DECLARATION OF JAMES MAYNES IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER

SNP-000001

I, James Maynes, do hereby state and declare as follows:

1.      I am a specially-appearing defendant in the above-captioned matter, along with Cheryl James-Wray a/k/a Cheryl James ("Salt"), Sandra Denton ("Pepa"), and S & C Productions ("S & C") (together, "Salt-N-Pepa" or "Defendants").  I am the longtime manager of the musical group "Salt N Pepa," which is comprised of Salt and Pepa.  I am also responsible for overseeing business operations for S & C.  As a result, I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto.  I make this declaration in support of Defendants' Response In Opposition to Plaintiffs' Request For A Temporary Restraining Order.

2.      Since at least February 22, 2019, Defendants and Plaintiffs Deidra M Roper a/k/a "Spinderella" and Spinderella Entertainment, LLC (together, "Spinderella" or "Plaintiffs") have been engaged in negotiations to find an amicable resolution to Spinderella being asked to no longer perform with Salt and Pepa.  This included Spinderella's newly recognized performer royalty rights under 17 USC § 114 (*i.e.*, SoundExchange, Inc. rights).  Furthermore, Salt-N-Pepa wished to provide Spinderella with a share of the group "Salt N Pepa's" royalties from merchandising sales for merchandise bearing Spinderella's name and likeness, for shows in which Spinderella participated.  Instead of continuing negotiations in good faith, Spinderella engaged a new attorney, and filed this lawsuit.  Nonetheless, Salt-N-Pepa, after an accounting, paid Spinderella one-third of royalties for Salt N Pepa merchandise sold in 2018 containing Spinderella's name, likeness and/or mark ($1,758.05).  A true and correct copy of a spreadsheet containing all "Salt N Pepa" merchandise sales that contained Spinderella's name, likeness, and mark from 2015 to the first quarter of 2019 is attached hereto and incorporated herein as **Exhibit A.**  A true and correct copy of a spreadsheet containing all "Salt N Pepa" merchandise sales that

**DECLARATION OF JAMES MAYNES IN SUPPORT OF DEFENDANTS'**
**RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER    Page 1**

SNP-000002

contained Spinderella's name, likeness, and/or mark from 2018 is attached hereto and incorporated herein as **Exhibit B.**  A true and correct printout of the receipt for the July 15, 2019 payment of Spinderella's share of merchandise sales containing her name, likeness, and/or mark is attached hereto and incorporated herein as **Exhibit C**.  Moreover, the MixTape Tour has ended and the I Love the 90s Tour is nearly completed (one remaining show in October).

3.        Salt-N-Pepa never used Spinderella's name, likeness, or marks without authorization.  Indeed, Spinderella's name, likeness, and mark were only included because of her repeated insistence that they be included on promotional materials.  After January 4, 2019, when Spinderella was asked to no longer perform with Salt and Pepa, Salt-N-Pepa immediately ceased using Spinderella's name and likeness or her mark, including on promotional materials and merchandise.  Moreover, the DJ chosen to replace Spinderella was not picked to be a look–a-like of Spinderella—aside from the fact that Spinderella's replacement was a middle-aged African-American woman.

4.        By January 7, 2019, Salt-N-Pepa informed all relevant concert promoters, including Live Nation (who was responsible for The MixTape Tour) and Universal Attractions (who was responsible for I Love The 90s Tour) that Spinderella was no longer performing with the group "Salt N Pepa" and to discontinue all use of her name and likeness in connection with promotional materials.  A true and correct redacted copy (to protect privileged and sensitive business information) of an email from me, dated January 7, 2019, to Brad Mavra at Live Nation stating that Spinderella is no longer performing with the group and to cease using her in promotional material is attached hereto and incorporated herein as **Exhibit D**.  A true and correct redacted copy (to protect privileged and sensitive business information) of an email from Jeff Epstein at Universal Attractions, dated January 7, 2019, to me confirming that I informed

**DECLARATION OF JAMES MAYNES IN SUPPORT OF DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER    Page 2**

SNP-000003

Universal Attractions on January 4, 2019, that Spinderella was no longer performing with the group and to cease using her in promotional material is attached hereto and incorporated herein as **Exhibit E**.  Both Exhibit D and Exhibit E were made near or at the time the information was transmitted in the regular course of my business activity and preserving these emails is a regular practice of my business.  Unfortunately, it was those concert promoters who failed to cease using Spinderella's name and likeness after we (*i.e.*, Defendants) informed them to cease using Spinderella's name and likeness.  Despite making our objections known, Salt-N-Pepa had no control over how the concert promoters created and exploited promotional materials.

5.      Spinderella is not, and has never been, a partner of the group "Salt N Pepa." Spinderella was always a contracted performer for the group.  She was hired and fired at the discretion of Salt and Pepa *via* their business entity S & C.  Indeed, Spinderella's own correspondence with Salt from 2013 and 2014, when she was rehired to perform with the group, demonstrates:  (1) the terms by which she was re-hired, which did not include profit participation or royalties; (2) that she was grateful to Salt and Pepa for providing her with the opportunity to perform with them again; and (3) that Salt and Pepa dictated how Spinderella would perform on stage.  A true and correct redacted copy (to protect privilege and privacy) of e-mail correspondence between Spinderella and Salt from December 6 and 10, 2013, setting forth the terms of the parties' agreement that Salt provided me is attached hereto and incorporated herein as **Exhibit F.**  A true and correct redacted copy (to protect privilege and privacy) of e-mail correspondence between Spinderella and Salt from September 7-8, 2014 amending the terms of the parties' agreement that Salt provided me is attached hereto and incorporated herein as **Exhibit G.**

SNP-000004

6.     The group "Salt N Pepa" is—by definition—comprised of Salt and Pepa.  The group's name does not include Spinderella.  Moreover, the group's business, including its trademark, is completely owned and operated by S & C, whose sole shareholders are Salt and Pepa.  Spinderella is not—and never was—a shareholder of S & C.  Spinderella never shared in the financial losses of the group "Salt N Pepa" or S & C.  For example, in connection with the group "Salt N Pepa's" Las Vegas residency, Salt-N-Pepa lost money.  In contrast, Spinderella bore no risk and was paid for each performance.  Further, Spinderella did not have a right to control or manage the group "Salt N Pepa" or S & C.

7.     Spinderella's status as an independent contractor (and, therefore, not a partner of the group "Salt N Pepa") is further evidenced by the 1099-MISC income statements S & C issued to Spinderella Entertainment, LLC for fiscal years 2014-2018.  True and correct redacted copies (to protect sensitive financial and business information) of the 1099-MISC income statements S & C issued to Spinderella Entertainment, LLC for fiscal years 2014-2018 are attached hereto and incorporated herein as **Exhibit H**.

8.     Salt-N-Pepa in no way sought to interfere with Spinderella's career opportunities—particularly securing a Las Vegas residency.  To the contrary, I  advocated on behalf of Spinderella to get a Las Vegas Residency.  Rather, I understand that Spinderella did not get a Las Vegas residency because the promoter lacked interest based, at least in part, over a concern about ticket sales (would Spinderella draw a sufficient crowd).  I sought to assuage those concerns, but was unsuccessful.

9.     Spinderella was provided two payments of $31,500 for a total of $63,000 on December 24, 2018 and January 8, 2019, respectively, for the Las Vegas residency.  True and correct printouts of receipts of the December 24, 2018 and January 8, 2019 payments are

**DECLARATION OF JAMES MAYNES IN SUPPORT OF DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER    Page 4**

SNP-000005

attached hereto and incorporated herein as **Exhibit I.**  This resulted in paying all monies owed to Spinderella for her work on the Las Vegas residency.

I swear under penalty of perjury under the laws of the United States that the contests of this declaration are true and correct.  Executed this 30th day of July, 2019 in New York City, New York.

_____
James Maynes

**DECLARATION OF JAMES MAYNES IN SUPPORT OF DEFENDANTS'
RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER     Page 5**

SNP-000006

# **<u>EXHIBIT A</u>**

SNP-000007

Salt-N-Pepa - DJ Spinderella Related Items Sold
2015 - 1Q 2019

| Sales Channel | Item | Design | Quantity | Gross | Rate | Due to SNP |
|---|---|---|---|---|---|---|
| B2B | T-Shirts (FP) | NYC 1987 | 18 | $ 136.50 | 0.2 | $ 27.30 |
| B2B | T-Shirts (FP) | Photograph | 11 | $ 88.00 | 0.2 | $ 17.60 |
| B2B | T-Shirts (FP) | P-Push It | 452 | $ 4,509.80 | 0.2 | $ 901.96 |
| B2B | T-Shirts (MP) | NYC 1987 | 300 | $ 2,108.50 | 0.15 | $ 316.28 |
| B2B | T-Shirts (MP) | Photograph | 300 | $ 2,400.00 | 0.15 | $ 360.00 |
| B2B | T-Shirts (MP) | P-Push It | 4258 | $30,421.55 | 0.15 | $ 4,563.23 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - S | 2 | $ 60.00 | 0.3 | $ 18.00 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - M | 2 | $ 60.00 | 0.3 | $ 18.00 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - L | 4 | $ 114.00 | 0.3 | $ 34.20 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - XL | 1 | $ 30.00 | 0.3 | $ 9.00 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - 2XL | 2 | $ 61.00 | 0.3 | $ 18.30 |
| D2C | T-Shirt | Photograph on White T-Shirt - M | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Photograph on Black T-Shirt - L | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Photograph on Black T-Shirt - XL | 2 | $ 45.00 | 0.3 | $ 13.50 |
| D2C | T-Shirt | Photograph White T-Shirt - S | 9 | $ 225.00 | 0.3 | $ 67.50 |
| D2C | T-Shirt | Photograph White T-Shirt - M | 5 | $ 125.00 | 0.3 | $ 37.50 |
| D2C | T-Shirt | Photograph White T-Shirt - L | 9 | $ 225.00 | 0.3 | $ 67.50 |
| D2C | T-Shirt | Photograph White T-Shirt - XL | 8 | $ 196.25 | 0.3 | $ 58.88 |
| D2C | T-Shirt | Push It B/W Photo Group Shot on White T-Shirt - S | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It B/W Photo Group Shot on White T-Shirt - XL | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It B/W Photo Group Shot on White T-Shirt - 2XL | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It Black T-Shirt - S | 5 | $ 125.00 | 0.3 | $ 37.50 |
| D2C | T-Shirt | Push It Black T-Shirt - M | 14 | $ 342.50 | 0.3 | $ 102.75 |
| D2C | T-Shirt | Push It Black T-Shirt - L | 13 | $ 317.50 | 0.3 | $ 95.25 |
| D2C | T-Shirt | Push It Black T-Shirt - XL | 8 | $ 200.00 | 0.3 | $ 60.00 |
| D2C | T-Shirt | Push It Black T-Shirt - 2XL | 7 | $ 181.00 | 0.3 | $ 54.30 |
| D2C | T-Shirt | Push It Color Photo Group Shot on Black T-Shirt - L | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It Color Photo Group Shot on Black T-Shirt - 2XL | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - S | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - M | 7 | $ 171.25 | 0.3 | $ 51.38 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - L | 6 | $ 150.00 | 0.3 | $ 45.00 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - XL | 6 | $ 146.25 | 0.3 | $ 43.88 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - 2XL | 7 | $ 174.10 | 0.3 | $ 52.23 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - S | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - M | 2 | $ 46.25 | 0.3 | $ 13.88 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - L | 6 | $ 150.00 | 0.3 | $ 45.00 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - XL | 3 | $ 75.00 | 0.3 | $ 22.50 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - 2XL | 1 | $ 26.00 | 0.3 | $ 7.80 |
| D2C | T-Shirt | Salt N Pepa Photograph White T-Shirt - S | 10 | $ 250.00 | 0.3 | $ 75.00 |
| D2C | T-Shirt | Salt N Pepa Photograph White T-Shirt - M | 8 | $ 200.00 | 0.3 | $ 60.00 |
| D2C | T-Shirt | Salt N Pepa Photograph White T-Shirt - L | 2 | $ 50.00 | 0.3 | $ 15.00 |
| D2C | T-Shirt | Salt N Pepa Photograph White T-Shirt - XL | 5 | $ 125.00 | 0.3 | $ 37.50 |
| D2C | T-Shirt | Salt N Pepa Photograph White T-Shirt - 2XL | 2 | $ 52.00 | 0.3 | $ 15.60 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - S | 3 | $ 120.00 | Various | $ 35.06 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - M | 0 | $ - | Various | $ (40.68) |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - L | 1 | $ 40.00 | Various | $ 3.55 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - XL | 3 | $ 120.00 | Various | $ 26.93 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - 2XL | 2 | $ 80.00 | Various | $ 20.59 |
| Tour | T-Shirt | Graffiti T-Shirt - S | 4 | $ 120.00 | Various | $ (17.55) |

Salt-N-Pepa - DJ Spinderella Related Items Sold
2015 - 1Q 2019

| Tour | T-Shirt | Graffiti T-Shirt - M | 3 | $ | 90.00 | Various | $ | (42.38) |
|------|---------|----------------------|-----|---|----------|---------|---|------------|
| Tour | T-Shirt | Graffiti T-Shirt - L | 3 | $ | 90.00 | Various | $ | (55.10) |
| Tour | T-Shirt | Graffiti T-Shirt - XL | 6 | $ | 200.00 | Various | $ | (25.27) |
| Tour | T-Shirt | Graffiti T-Shirt - 2XL | 3 | $ | 100.00 | Various | $ | (17.59) |
| Tour | T-Shirt | Group Shot White - S | 60 | $ | 1,781.25 | Various | $ | 551.65 |
| Tour | T-Shirt | Group Shot White - M | 117 | $ | 3,473.02 | Various | $ | 1,093.78 |
| Tour | T-Shirt | Group Shot White - L | 105 | $ | 3,073.00 | Various | $ | 889.85 |
| Tour | T-Shirt | Group Shot White - XL | 121 | $ | 3,562.95 | Various | $ | 1,118.15 |
| Tour | T-Shirt | Group Shot White - 2XL | 58 | $ | 1,708.53 | Various | $ | 481.27 |

Due to Salt-N-Pepa          $11,453.06

SNP-000009

# EXHIBIT B

SNP-000010



MERCH DIRECT
• EST 1999 •

| Sales Channel | Item | Design | Quantity | Gross | Rate | Due to SNP |
|---|---|---|---|---|---|---|
| B2B | T-Shirt | NYC 1987 | 15 | $ 112.50 | 0.2 | $ 22.50 |
| B2B | T-Shirt | Photograph | 11 | $ 88.00 | 0.2 | $ 17.60 |
| B2B | T-Shirt | P-Push It | 252 | $ 2,510.80 | 0.2 | $ 502.16 |
| D2C | T-Shirt | Push It Black T-Shirt - S | 2 | $ 50.00 | 0.3 | $ 15.00 |
| D2C | T-Shirt | Push It Black T-Shirt - M | 6 | $ 142.50 | 0.3 | $ 42.75 |
| D2C | T-Shirt | Push It Black T-Shirt - L | 8 | $ 192.50 | 0.3 | $ 57.75 |
| D2C | T-Shirt | Push It Black T-Shirt - XL | 6 | $ 150.00 | 0.3 | $ 45.00 |
| D2C | T-Shirt | Push It Black T-Shirt - 2XL | 5 | $ 129.00 | 0.3 | $ 38.70 |
| D2C | T-Shirt | Photograph White T-Shirt - S | 12 | $ 300.00 | 0.3 | $ 90.00 |
| D2C | T-Shirt | Photograph White T-Shirt - M | 9 | $ 225.00 | 0.3 | $ 67.50 |
| D2C | T-Shirt | Photograph White T-Shirt - L | 10 | $ 250.00 | 0.3 | $ 75.00 |
| D2C | T-Shirt | Photograph White T-Shirt - XL | 9 | $ 221.25 | 0.3 | $ 66.38 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - S | 1 | $ 25.00 | 0.3 | $ 7.50 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - M | 7 | $ 171.25 | 0.3 | $ 51.38 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - L | 7 | $ 175.00 | 0.3 | $ 52.50 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - XL | 6 | $ 146.25 | 0.3 | $ 43.88 |
| D2C | T-Shirt | Push It Group Shot on Black T-Shirt - 2XL | 7 | $ 174.10 | 0.3 | $ 52.23 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - S | 2 | $ 50.00 | 0.3 | $ 15.00 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - M | 2 | $ 46.25 | 0.3 | $ 13.88 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - L | 6 | $ 150.00 | 0.3 | $ 45.00 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - XL | 3 | $ 75.00 | 0.3 | $ 22.50 |
| D2C | T-Shirt | Push It Group Shot on White T-Shirt - 2XL | 2 | $ 51.00 | 0.3 | $ 15.30 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - S | 1 | $ 30.00 | 0.3 | $ 9.00 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - M | 2 | $ 60.00 | 0.3 | $ 18.00 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - L | 2 | $ 54.00 | 0.3 | $ 16.20 |
| D2C | Long Sleeve | Push It Cartoon Group Shot Long Sleeve - 2XL | 1 | $ 31.00 | 0.3 | $ 9.30 |
| D2C | T-Shirt (Specialty) | Salt N Pepa Graffiti Tee - M | 2 | $ 72.00 | 0.25 | $ 18.00 |
| D2C | T-Shirt (Specialty) | Salt N Pepa Graffiti Tee - L | 4 | $ 160.00 | 0.25 | $ 40.00 |
| D2C | T-Shirt (Specialty) | Salt N Pepa Graffiti Tee - XL | 3 | $ 120.00 | 0.25 | $ 30.00 |
| D2C | T-Shirt (Specialty) | Salt N Pepa Graffiti Tee - 2XL | 5 | $ 200.00 | 0.25 | $ 50.00 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - S | 3 | $ 120.00 | Variable | $ 35.06 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - M | 0 | $ - | Variable | $ - |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - L | 1 | $ 40.00 | Variable | $ 11.69 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - XL | 3 | $ 120.00 | Variable | $ 35.06 |
| Tour | T-Shirt | CHARACTER NIGHT SHIRT - 2XL | 2 | $ 80.00 | Variable | $ 20.59 |
| Tour | T-Shirt | Graffiti T-Shirt - S | 4 | $ 120.00 | Variable | $ (6.78) |
| Tour | T-Shirt | Graffiti T-Shirt - M | 3 | $ 90.00 | Variable | $ (4.22) |
| Tour | T-Shirt | Graffiti T-Shirt - L | 3 | $ 90.00 | Variable | $ (4.22) |
| Tour | T-Shirt | Graffiti T-Shirt - XL | 6 | $ 200.00 | Variable | $ (2.43) |
| Tour | T-Shirt | Graffiti T-Shirt - 2XL | 3 | $ 100.00 | Variable | $ (4.93) |
| Tour | T-Shirt | Group Shot White - S | 49 | $ 1,421.28 | Variable | $ 446.42 |
| Tour | T-Shirt | Group Shot White - M | 98 | $ 2,843.01 | Variable | $ 922.39 |
| Tour | T-Shirt | Group Shot White - L | 93 | $ 2,692.98 | Variable | $ 861.21 |
| Tour | T-Shirt | Group Shot White - XL | 112 | $ 3,262.98 | Variable | $ 1,016.15 |
| Tour | T-Shirt | Group Shot White - 2XL | 48 | $ 1,378.56 | Variable | $ 398.16 |

| Total Due to Salt-N-Pepa | $5,274.14 |
|---|---|

# **EXHIBIT C**

SNP-000012

# CHASE *for* BUSINESS

Printed from Chase for Business

Schedule payment >

**Filtered by**                    Pay to      Spinderella Entertainment LLC                    Clear filter >

| Pay to | Pay from | Status | Send on | Deliver by | Amount | |
|---|---|---|---|---|---|---|
| Spinderella Entertainment LLC (...5822) VENDOR | S & C PRODUCTIONS IN (...5558) | Paid | Jul 15, 2019 | Jul 16, 2019 | $1,758.05 | Request info > |

| | |
|---|---|
| Pay to | Spinderella Entertainment LLC (...5822) |
| Pay from | S & C PRODUCTIONS IN (...5558) |
| Amount | $1,758.05 |
| Send on | Jul 15, 2019 |
| Deliver by | Jul 16, 2019 |
| Payment arrives in | 1 business day |
| Addenda | 2018 Merch Sales |
| Status | Paid |
| Submitted by | DENNY MENDEZ, Jul 14, 2019 10:11:31 PM |
| Last updated by | Not Available, Jul 16, 2019 8:17:36 AM |
| Chase transaction number | 5223809405 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Spinderella Entertainment LLC (...5822) VENDOR | S & C PRODUCTIONS IN (...5558) | Paid | Jan 7, 2019 | Jan 8, 2019 | $31,500.00 | Request info > |

SNP-000013

# **EXHIBIT D**

SNP-000014



**From:** james maynes ██████████████
**Subject: Checking in**
**Date:** January 7, 2019 at 4:06:23 PM EST
**To:** Brad Wavra █████████@livenation.com>
**Cc:** Jared Paul ███████@facultyinc.com>

Brad,

Trust you had an amazing holidays!!!  Welcome back.  This email is to formerly advise you that Spinderella is no longer employed by Salt-N-Pepa.  Please be sure that she is no longer included in any of the promotions.  I made Jared aware prior to the holidays that this would probably happen as I did you, effective immediately this information is factual.

james maynes
████████████████

SNP-000015



2

SNP-000016

# EXHIBIT E

SNP-000017



**From:** james maynes ███████████████

**Subject: Re: snp - spinderella is no longer in the group**

**Date:** January 7, 2019 at 12:34:40 PM EST

**To:** Jeff Allen <██████@universalattractions.com>

thx!!

james maynes
██████████
████████

SNP-000018



On Jan 7, 2019, at 12:32 PM, Jeff Epstein <███████@universalattractions.com>
wrote:

**Jeff Epstein**
**UAA | Universal Attractions Agency**
███████@universalattractions.com
www.UAAgency.com
15 West 36th Street I 8th Floor I New York, NY 10018
Phone: ██████████████ I Fax: ████████████

**From:** Roger LeBlanc <████████@kaaboollc.com>
**Sent:** Monday, January 07, 2019 12:15 PM
**To:** Jeff Epstein <████████@universalattractions.com>
**Cc:** Jeff Allen <████████@universalattractions.com>
**Subject:** Re: snp - spinderella is no longer in the group

Oh crap.  Alright, thanks for the heads up.  Do you have new promo?  As for Cryo, and
confetti, I have not gotten the cost yet.  I will ask again.

Thanks,
Roger

On Jan 5, 2019, at 11:22 AM, Jeff Epstein
<████████@universalattractions.com> wrote:

hey roger, i was just advised last night that spinderella is no longer
performing with snp and we need to have any advertisements
with her name changed

SNP-000019

Also please let me know where we are regarding confetti and cryo. Thanks.

**Jeff Epstein**
**UAA | Universal Attractions Agency**
████████@universalattractions.com
www.UAAgency.com
15 West 36th Street | 8th Floor | New York, NY 10018
Phone: ████████████ | Fax: ██████████

This e-mail including any attachments is confidential and may be legally privileged. If you have received it in error please advise the sender immediately by return email and then delete it from your system. The unauthorized use, distribution, copying or alteration of this email is strictly forbidden.

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to which they are addressed. If you have received this email in error please notify us immediately by email, and delete the original message. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of KAABOO, LLC or any of its affiliates (collectively, "KAABOO"). Finally, the recipient should check this email and any attachments for the presence of viruses. KAABOO accepts no liability for any damage caused by any virus transmitted by this email.

SNP-000020

# EXHIBIT F

SNP-000021



-----Original Message-----
From: Deidra Roper < ███████████ >
To: ███████████ < ███████████ >
Sent: Tue, Dec 10, 2013 01:49 PM
Subject: Re: New Jack City remix tour


Hey Cheryl.. This is great and im excited too. Lets do a contract reflecting this and new added Boston date.. if possible can u request an additional dressing room with seating and beverages for me as well as a small advance as we get closer ?

Spin

Sent from my iPhone

On Dec 6, 2013, at 2:46 PM, ███████████ wrote:

Hey Spin: here are the dates as well as the deal points we discussed today. I'm excited!!

**2k per show 6 shows**
**$50 per day per diem**
**$100 per day rehearsal 3 days**
**1 coach ticket**
**1 regular hotel room**

**The show will run the way Salt n Pepa determine. If there is a DJ set depending on the time, Spin agrees to drop the records of Salt n Pepa choosing. No scratching during the songs.**

SNP-000022

**Rehearsal Dates**
Feb 3rd
Feb 4th
Feb 5th


**Tour Dates**
Feb 7th Orlando Bob Carr Arena Spin
Feb 8th Charlotte Owens Auditorium  Spin
Feb 14th Columbus Veteran Arena Spin
Feb 15th Newark Symphony Hall Spin
Feb 16th Buffalo Shea's Theater  Spin
March 14th Cincinatti Music Hall          Spin not Available Dee Wiz
March 15th Hartford Bushnell Auditorium   Spin not available  Dee Wiz
March 29th Richmond Landmark Theater Spin




--
- -
**Cheryl "Salt" James**
Salt Songs Inc.

**Email:** ███████████████
**Web:** SaltNPepa.net
**Twitter/Instagram:** @DaOnlySalt

*Persistence, dedication, passion, hard work, and prayer shifts the atmosphere.*

SNP-000023

# EXHIBIT G

SNP-000024



-----Original Message-----
From: Cheryl James <​███████████████​>
To: Deidra Roper <​███████████████​>
Cc: Sandra Denton <​███████████████​>
Sent: Mon, Sep 8, 2014 2:50 pm
Subject: Re: Ref. Spin

Great!

Sent from my iPhone

On Sep 8, 2014, at 2:39 PM, Deidra Roper <​███████████████​> wrote:

Although we never discussed oz, in particular,  due to my latest health issue, my concern for comfort when traveling for extended periods of time is all the more important .

Please know, I am extremely grateful to be back and I do appreciate and thank u for everything u have done for me and will continue to give my all at every performance .

Yes y'all, im clear that SnP would not be responsible for 1st class or upgrades. This I agree too and have no issue w travel here in states.  However,  Im thinking of international travel which require longer and more uncomfortable flights as well as a rigorous schedule for each of us ..  Perhaps, we can let those booking agents and promoters know that Spinderella is on the show .. Spinderellas 'premium economy' ticket can be added to SnP's fee/rider to accomodate me.. This wouldn't and shouldn't come from your pockets.

I reached out for ur assistance when after speaking w Gavin and him telling me upgrades aren't available based on the flight I'm on..


I appreciate and am thankful for the raise.. this helps and I will utilize it to pay for the premium economy upgrade .


Sent from my iPhone

SNP-000025

On Sep 7, 2014, at 9:27 PM, Sandra Denton <██████████████> wrote:

Hey girl hope all is good please have a look at the email below

---------- Forwarded message ----------
From: **Sandra Denton** <███████████████>
Date: Sunday, September 7, 2014
Subject: Ref. Spin
To: Cheryl james <█████████████████>

---spin we have given money to support you in the time of need not that you ask but just showing our love
----Salt n Pepa have made a decision to give you a raise starting on the Australia tour 2014  from a fee of $2,000 to $2,500 which is is a number that you spoke about before. So we have decided to meet that.
_____and also to be clear there was a  misunderstanding, I Pepa and Gavin never  had a conversation regrading your flight for Australia.
--- because what has always been on the table for all parties involved with
shows regrading flights everyone is issued a coach ticket, and anyone who wants to upgrade, falls on the individual person to take care of there own upgrades.
Salt n Pepa are NOT responsible for any upgrades.

--
- -
**Cheryl "Salt" James**
Salt Songs Inc.

**Email:** ████████████████
**Web:** SaltNPepa.net
**Twitter/Instagram:** @DaOnlySalt

*Persistence, dedication, passion, hard work, and prayer shifts the atmosphere.*

SNP-000026

# EXHIBIT H

SNP-000027

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents<br>$ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| S & C Productions, Inc. | 2 Royalties<br>$ | **2017**<br>Form **1099-MISC** | |
| Melville          NY          11747 | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S federal identification number ▬▬▬ | RECIPIENT'S identification number ▬▬▬ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Spinderella Entertainment LLC | | | |
| Street address (including apt. no.) ▬▬▬ | $ ▬▬▬ | $ | |
| City or town, state or province, country, and ZIP or foreign postal code | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| Dallas          TX          75243 | 11 | 12 | |

| Account number (see instructions) ▬▬▬ | FATCA filing requirement ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**   (keep for your records)     www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

DAA

---

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents<br>$ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| S & C Productions, Inc. | 2 Royalties<br>$ | **2017**<br>Form **1099-MISC** | |
| Melville          NY          11747 | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy B**<br>**For Recipient** |
| PAYER'S federal identification number ▬▬▬ | RECIPIENT'S identification number ▬▬▬ | 5 Fishing boat proceeds<br>$ | 6 Medical and health care payments<br>$ |

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Tommaso Guiseppe | | | |
| Street address (including apt. no.) ▬▬▬ | $ ▬▬▬ | $ | |
| City or town, state or province, country, and ZIP or foreign postal code | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds<br>$ | |
| Staten Island          NY          10312 | 11 | 12 | |

| Account number (see instructions) ▬▬▬ | FATCA filing requirement ☐ | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney |
|---|---|---|---|
| 15a Section 409A deferrals<br>$ | 15b Section 409A income<br>$ | 16 State tax withheld<br>$ | 17 State/Payer's state no. | 18 State income<br>$ |

Form **1099-MISC**   (keep for your records)     www.irs.gov/form1099misc     Department of the Treasury - Internal Revenue Service

DAA

SNP-000028

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| S & C Productions, Inc. | 2 Royalties $ | **2018** | |
| Melville, NY 11747 | | Form **1099-MISC** | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Spinderella Entertainment LLC | $ | $ | |
| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code | 11 | 12 | |
| Dallas, TX 75243 | | | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. NY | 18 State income $ |
|---|---|---|---|---|

Form **1099-MISC**   (keep for your records)   www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service

DAA

---

☐ **CORRECTED** (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 | **Miscellaneous Income** |
|---|---|---|---|
| S & C Productions, Inc. | 2 Royalties $ | **2018** | |
| Melville, NY 11747 | | Form **1099-MISC** | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |

| PAYER'S TIN | RECIPIENT'S TIN | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
|---|---|---|---|---|

| RECIPIENT'S name | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
|---|---|---|---|
| Stinson Haus LLC | $ | $ | |
| Street address (including apt. no.) | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| City or town, state or province, country, and ZIP or foreign postal code | 11 | 12 | |
| Los Angeles, CA 90015 | | | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. NY | 18 State income $ |
|---|---|---|---|---|

Form **1099-MISC**   (keep for your records)   www.irs.gov/Form1099MISC   Department of the Treasury - Internal Revenue Service

DAA

SNP-000029

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents<br><br>$ | OMB No. 1545-0115<br><br>**2015** | **Miscellaneous Income** |
|---|---|---|---|---|
| S & C Productions, Inc.<br>▮▮▮▮▮▮▮▮▮▮<br><br>Melville          NY          11747 | | 2 Royalties<br><br>$ | Form **1099-MISC** | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br><br>**For Payer** |
| PAYER'S federal identification number<br>▮▮▮▮▮▮▮ | RECIPIENT'S identification number<br>▮▮▮▮▮▮▮ | 5 Fishing boat proceeds<br><br><br>$ | 6 Medical and health care payments<br><br><br>$ | |
| RECIPIENT'S name<br><br>Spinderella Entertainment LLC<br><br>Street address (including apt. no.)<br>▮▮▮▮▮▮▮▮▮▮▮▮ | | 7 Nonemployee compensation<br><br><br>$ | 8 Substitute payments in lieu of dividends or interest<br><br>$ | **For Privacy Act and Paperwork Reduction Act Notice, see the** |
| City or town, state or province, country, and ZIP or foreign postal code<br><br>Dallas          TX          75243 | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale  ▶ ☐ | 10 Crop insurance proceeds<br><br>$ | **2015 General Instructions for Certain** |
| | | 11 | 12 | **Information** |
| Account number (see instructions)<br>▮▮▮▮ | FATCA filing requirement<br>☐ | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br><br>$ | 14 Gross proceeds paid to an attorney<br><br>$ | **Returns.** |
| 15a Section 409A deferrals<br><br>$ | 15b Section 409A income<br><br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**
DAA
www.irs.gov/form1099misc
Department of the Treasury - Internal Revenue Service

---

☒ VOID          ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents<br><br>$ | OMB No. 1545-0115<br><br>**2015** | **Miscellaneous Income** |
|---|---|---|---|---|
| | | 2 Royalties<br><br>$ | Form **1099-MISC** | |
| | | 3 Other income<br>$ | 4 Federal income tax withheld<br>$ | **Copy C**<br><br>**For Payer** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds<br><br><br>$ | 6 Medical and health care payments<br><br><br>$ | |
| RECIPIENT'S name<br><br><br>Street address (including apt. no.) | | 7 Nonemployee compensation<br><br><br>$ | 8 Substitute payments in lieu of dividends or interest<br><br>$ | **For Privacy Act and Paperwork Reduction Act Notice, see the** |
| City or town, state or province, country, and ZIP or foreign postal code | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale  ▶ ☐ | 10 Crop insurance proceeds<br><br>$ | **2015 General Instructions for Certain** |
| | | 11 | 12 | **Information** |
| Account number (see instructions) | FATCA filing requirement<br>☐ | 2nd TIN not.<br>☐ | 13 Excess golden parachute payments<br><br>$ | 14 Gross proceeds paid to an attorney<br><br>$ | **Returns.** |
| 15a Section 409A deferrals<br><br>$ | 15b Section 409A income<br><br>$ | 16 State tax withheld<br>$<br>$ | 17 State/Payer's state no. | 18 State income<br>$<br>$ |

Form **1099-MISC**
DAA
www.irs.gov/form1099misc
Department of the Treasury - Internal Revenue Service

SNP-000030

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2014** Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|

S & C Productions, Inc.

Melville          NY          11747

| | 2 Royalties $ | | |
|---|---|---|---|
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy 2** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | **To be filed with recipient's state income tax return, when required.** |
|---|---|---|---|---|

RECIPIENT'S name

Spinderella Entertainment LLC

Street address (including apt. no.)

City or town, state or province, country, and ZIP or foreign postal code

Dallas          TX          75243

| 7 Nonemployee compensation $ ▆▆▆▆ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ |
| 11 | 12 |

| Account number (see instructions) ▆▆▆ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |
|---|---|---|---|---|

Form **1099-MISC**          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

DAA

---

☐ **CORRECTED (if checked)**

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents $ | OMB No. 1545-0115 **2014** Form **1099-MISC** | **Miscellaneous Income** |
|---|---|---|---|
| | 2 Royalties $ | | |
| | 3 Other income $ | 4 Federal income tax withheld $ | **Copy 2** |

| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | **To be filed with recipient's state income tax return, when required.** |
|---|---|---|---|---|

RECIPIENT'S name

Street address (including apt. no.)

City or town, state or province, country, and ZIP or foreign postal code

| 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ |
|---|---|
| 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ | 10 Crop insurance proceeds $ |
| 11 | 12 |

| Account number (see instructions) | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ |
|---|---|---|

| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |
|---|---|---|---|---|

Form **1099-MISC**          www.irs.gov/form1099misc          Department of the Treasury - Internal Revenue Service

DAA

SNP-000031

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| | | 2 Royalties $ | **2016** Form **1099-MISC** | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name . Street address (including apt. no.) . City or town, state or province, country, and ZIP or foreign postal code | | 7 Nonemployee compensation $ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**   (keep for your records)   www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service
DAA

---

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. S & C Productions, Inc. ▉▉▉▉▉▉▉ Melville          NY          11747 | | 1 Rents $ | OMB No. 1545-0115 | Miscellaneous Income |
|---|---|---|---|---|
| | | 2 Royalties $ | **2016** Form **1099-MISC** | |
| | | 3 Other income $ | 4 Federal income tax withheld $ | **Copy B For Recipient** |
| PAYER'S federal identification number ▉▉▉▉▉ | RECIPIENT'S identification number ▉▉▉▉▉ | 5 Fishing boat proceeds $ | 6 Medical and health care payments $ | |
| RECIPIENT'S name Spinderella Entertainment LLC Street address (including apt. no.) ▉▉▉▉▉▉▉ City or town, state or province, country, and ZIP or foreign postal code Dallas          TX          75243 | | 7 Nonemployee compensation $ ▉▉▉▉▉ | 8 Substitute payments in lieu of dividends or interest $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds $ | |
| | | 11 | 12 | |
| Account number (see instructions) ▉▉▉ | FATCA filing requirement ☐ | 13 Excess golden parachute payments $ | 14 Gross proceeds paid to an attorney $ | |
| 15a Section 409A deferrals $ | 15b Section 409A income $ | 16 State tax withheld $ | 17 State/Payer's state no. | 18 State income $ |

Form **1099-MISC**   (keep for your records)   www.irs.gov/form1099misc   Department of the Treasury - Internal Revenue Service
DAA

SNP-000032

# **EXHIBIT I**

SNP-000033

| Pay to | Pay from | Status | Send on | Deliver by | Amount |
|--------|----------|--------|---------|------------|--------|

| | Pay to | Spinderella Entertainment LLC (...5822) |
|---|---|---|
| | Pay from | S & C PRODUCTIONS IN (...5558) |
| | Amount | $31,500.00 |
| | Send on | Dec 21, 2018 |
| | Deliver by | Dec 24, 2018 |
| | Payment arrives in | 1 business day |
| | Addenda | Vegas residency @ $1750 rate. 18 shows. 10 in Oct; 6 in Nov; 2 in Dec |
| | Status | Paid |
| | Submitted by | DENNY MENDEZ, Dec 21, 2018 12:49:02 PM |
| | Last updated by | Not Available, Dec 24, 2018 8:15:03 AM |
| | Chase transaction number | 5208674437 |

| Pay to | Pay from | Status | Send on | Deliver by | Amount | |
|--------|----------|--------|---------|------------|--------|---|
| Spinderella Entertainment LLC (...5822) VENDOR | S & C PRODUCTIONS IN (...5558) | Paid | Dec 13, 2018 | Dec 14, 2018 | $3,500.00 | Request info › |

SNP-000034

| Pay to | Pay from | Status | Send on | Deliver by | Amount |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Pay to | Spinderella Entertainment LLC (...5822) | | | | |
| Pay from | S & C PRODUCTIONS IN (...5558) | | | | |
| Amount | $31,500.00 | | | | |
| Send on | Jan 7, 2019 | | | | |
| Deliver by | Jan 8, 2019 | | | | |
| Payment arrives in | 1 business day | | | | |
| Addenda | Final paynent; Vegas residency | | | | |
| Status | Paid | | | | |
| Submitted by | DENNY MENDEZ, Jan 7, 2019 1:43:46 PM | | | | |
| Last updated by | Not Available, Jan 8, 2019 8:16:56 AM | | | | |
| Chase transaction number | 5209551569 | | | | |

| Pay to | Pay from | Status | Send on | Deliver by | Amount | |
|---|---|---|---|---|---|---|
| Spinderella Entertainment LLC (...5822) VENDOR | S & C PRODUCTIONS IN (...5558) | Paid | Jan 4, 2019 | Jan 7, 2019 | $7,500.00 | Request info › |

SNP-000035

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DEIDRA M. ROPER a/k/a "Spinderella", and SPINDERELLA ENTERTAINMENT, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>CHERYL JAMES-WRAY a/k/a CHERYL JAMES, SANDRA DENTON, JAMES MAYNES, AND S & C PRODUCTIONS, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:19-cv-01651-S |

## DECLARATION OF CHERYL JAMES P/K/A SALT IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER

SNP-000036

I, Cheryl James p/k/a Salt, do hereby state and declare as follows:

1.      I am a specially-appearing defendant in the above-captioned matter, along with Sandra Denton ("Pepa"), James Maynes ("Maynes,") and S & C Productions ("S & C") (together, "Salt-N-Pepa" or "Defendants").  I am the performer known as "Salt" in the musical duo known as "Salt N Pepa" and we are the sole shareholders of S & C.   As a result, I have personal knowledge of the facts contained in this declaration and, if called and sworn as a witness, I could and would competently testify thereto.  I make this declaration in support of Defendants' Response In Opposition to Plaintiffs' Request For A Temporary Restraining Order.

2.      Spinderella is not, and has never been, a partner of the group "Salt N Pepa." Spinderella was always a contracted performer for the group.  She was hired and fired at the discretion of myself and Pepa *via* our business entity S & C.  Indeed, Spinderella's correspondence with me from 2013 and 2014, when she was rehired to perform with the group, demonstrates:  (1) the terms by which she was re-hired,[1] which did not include profit participation or royalties; (2) that she was grateful to me and Pepa for providing her with the opportunity to perform with them again; and (3) that Pepa and I dictated how Spinderella would perform on stage.  A true and correct redacted copy (to protect privilege and privacy) of my e-mail correspondence with Spinderella from December 6 and 10, 2013, setting forth the terms of our agreement is attached hereto and incorporated herein as **Exhibit A.**  A true and correct redacted copy (to protect privilege and privacy) of e-mail correspondence between me and Spinderella from September 7-8, 2014, amending the terms of our agreement is attached hereto and incorporated herein as **Exhibit B.**

---

[1] Spinderella had voluntarily quit performing with Salt N Pepa years earlier.

SNP-000037

3.      The group "Salt-N-Pepa" is—by definition—is comprised of me (Salt) and Pepa. The group's name does not include Spinderella.  Moreover, the group's business is completely owned and operated by S & C, whose sole shareholders are Pepa and me.  Spinderella is not—and never was—a shareholder of S & C.  Spinderella never shared in the financial losses of the group "Salt N Pepa" or S & C.  Nor did she have a right to control or manage the group "Salt N Pepa" or S & C.

4.      Based on my communication with Jacinda Gantt at SoundExchange, Inc., in or around April 2019, I understand that Spinderella made a claim to SoundExchange, Inc. based on Salt N Pepa's entire catalogue.  To my knowledge, Spinderella failed to revise her claim to the limited number of songs to which she actually has rights (*e.g.*, she did not perform on Salt N Pepa's entire catalogue).

I swear under penalty of perjury under the laws of the United States that the contests of this declaration are true and correct.  Executed this 30th day of July, 2019 in New York City, New York.

_____
Cheryl James

SNP-000038

# EXHIBIT A

SNP-000039



-----Original Message-----
From: Deidra Roper <█████████████>
To: █████████████ <█████████████>
Sent: Tue, Dec 10, 2013 01:49 PM
Subject: Re: New Jack City remix tour


Hey Cheryl.. This is great and im excited too. Lets do a contract reflecting this and new added Boston date.. if possible can u request an additional dressing room with seating and beverages for me as well as a small advance as we get closer ?

Spin

Sent from my iPhone

On Dec 6, 2013, at 2:46 PM, █████████████ wrote:

Hey Spin: here are the dates as well as the deal points we discussed today. I'm excited!!

**2k per show 6 shows**
**$50 per day per diem**
**$100 per day rehearsal 3 days**
**1 coach ticket**
**1 regular hotel room**

**The show will run the way Salt n Pepa determine. If there is a DJ set depending on the time, Spin agrees to drop the records of Salt n Pepa choosing. No scratching during the songs.**

SNP-000040

**Rehearsal Dates**
Feb 3rd
Feb 4th
Feb 5th


**Tour Dates**
Feb 7th Orlando Bob Carr Arena Spin
Feb 8th Charlotte Owens Auditorium  Spin
Feb 14th Columbus Veteran Arena Spin
Feb 15th Newark Symphony Hall Spin
Feb 16th Buffalo Shea's Theater  Spin
March 14th Cincinatti Music Hall          Spin not Available Dee Wiz
March 15th Hartford Bushnell Auditorium   Spin not available  Dee Wiz
March 29th Richmond Landmark Theater Spin




--
- -
**Cheryl "Salt" James**
Salt Songs Inc.

**Email:** ██████████████
**Web:** SaltNPepa.net
**Twitter/Instagram:** @DaOnlySalt

*Persistence, dedication, passion, hard work, and prayer shifts the atmosphere.*

SNP-000041

# **<u>EXHIBIT B</u>**

SNP-000042



-----Original Message-----
From: Cheryl James <​█████████████████​>
To: Deidra Roper <​█████████████████​>
Cc: Sandra Denton <​█████████████████​>
Sent: Mon, Sep 8, 2014 2:50 pm
Subject: Re: Ref. Spin

Great!

Sent from my iPhone

On Sep 8, 2014, at 2:39 PM, Deidra Roper <​█████████████████​> wrote:

Although we never discussed oz, in particular,  due to my latest health issue, my concern for comfort when traveling for extended periods of time is all the more important .

Please know, I am extremely grateful to be back and I do appreciate and thank u for everything u have done for me and will continue to give my all at every performance .

Yes y'all, im clear that SnP would not be responsible for 1st class or upgrades. This I agree too and have no issue w travel here in states.  However,  Im thinking of international travel which require longer and more uncomfortable flights as well as a rigorous schedule for each of us ..  Perhaps, we can let those booking agents and promoters know that Spinderella is on the show .. Spinderellas 'premium economy' ticket can be added to SnP's fee/rider to accomodate me.. This wouldn't and shouldn't come from your pockets.

I reached out for ur assistance when after speaking w Gavin and him telling me upgrades aren't available based on the flight I'm on..


I appreciate and am thankful for the raise.. this helps and I will utilize it to pay for the premium economy upgrade .



Sent from my iPhone

1

SNP-000043

On Sep 7, 2014, at 9:27 PM, Sandra Denton <████████████> wrote:

Hey girl hope all is good please have a look at the email below

---------- Forwarded message ----------
From: **Sandra Denton** <████████████>
Date: Sunday, September 7, 2014
Subject: Ref. Spin
To: Cheryl james <████████████>

---spin we have given money to support you in the time of need not that you ask but just showing our love
----Salt n Pepa have made a decision to give you a raise starting on the Australia tour 2014  from a fee of $2,000 to $2,500 which is is a number that you spoke about before. So we have decided to meet that.
_____and also to be clear there was a  misunderstanding, I Pepa and Gavin never  had a conversation regrading your flight for Australia.
--- because what has always been on the table for all parties involved with
shows regrading flights everyone is issued a coach ticket, and anyone who wants to upgrade, falls on the individual person to take care of there own upgrades.
Salt n Pepa are NOT responsible for any upgrades.

--
- -
**Cheryl "Salt" James**
Salt Songs Inc.

**Email:** ████████████
**Web:** SaltNPepa.net
**Twitter/Instagram:** @DaOnlySalt

*Persistence, dedication, passion, hard work, and prayer shifts the atmosphere.*

SNP-000044