IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEIDRA M. ROPER a/k/a "Spinderella", and SPINDERELLA ENTERTAINMENT, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CHERYL JAMES-WRAY A/K/A CHERYL JAMES, SANDRA DENTON, JAMES MAYNES, AND S & C PRODUCTIONS, INC.<br><br>    Defendants. | Civil Action No. 3:19-CV-01651-S |

**APPENDIX TO PLAINTIFFS' REPLY IN SUPPORT OF
PLAINTIFFS' REQUEST FOR A TEMPORARY RESTRAINING ORDER**

| Exhibit | Description | Citation |
|---|---|---|
| A | Registered Trademark | App. 001-003 |
| B | Salt N Pepa Merchandise Website | App. 004-005 |
| C | I Love The 90s Website | App. 006-007 |
| D | I Love The 90s Website | App. 008-009 |
| E | The O2 Website | App. 010-011 |
| F | Instagram Post | App. 012-015 |

# EXHIBIT A

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2019-07-30 18:04:04 EDT |
| **Mark:** | SPINDERELLA |

# SPINDERELLA

| | | | |
|---|---|---|---|
| **US Serial Number:** | 86894597 | **Application Filing Date:** | Feb. 02, 2016 |
| **US Registration Number:** | 5164095 | **Registration Date:** | Mar. 21, 2017 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark, Service Mark | | |
| **Status:** | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| **Status Date:** | Mar. 21, 2017 | | |
| **Publication Date:** | Jan. 03, 2017 | | |

## Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | SPINDERELLA |
| **Standard Character Claim:** | Yes. The mark consists of standard characters without claim to any particular font style, size, or color. |
| **Mark Drawing Type:** | 4 - STANDARD CHARACTER MARK |
| **Name Portrait Consent:** | The name(s), portrait(s), and/or signature(s) shown in the mark identifies Deidra Roper, a living individual, whose consent(s) to register is made of record. |

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Entertainment services in the nature of live musical performances | | |
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 100, 101, 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | May 1987 | **Use in Commerce:** | Sep. 1987 |
| **For:** | Audio and video recordings featuring music and artistic performances; Downloadable music via the internet and wireless devices | | |
| **International Class(es):** | 009 - Primary Class | **U.S Class(es):** | 021, 023, 026, 036, 038 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Jul. 26, 1988 | **Use in Commerce:** | Jul. 26, 1988 |

## Basis Information (Case Level)

| | | | | | |
|---|---|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes | **Amended Use:** | No |
| **Filed ITU:** | No | **Currently ITU:** | No | **Amended ITU:** | No |
| **Filed 44D:** | No | **Currently 44D:** | No | **Amended 44D:** | No |
| **Filed 44E:** | No | **Currently 44E:** | No | **Amended 44E:** | No |
| **Filed 66A:** | No | **Currently 66A:** | No | | |

**App. 002**

| Filed No Basis: | No | Currently No Basis: | No |

## Current Owner(s) Information

| | |
|---|---|
| Owner Name: | Spinderella Entertainment, LLC |
| Owner Address: | 9440 Timberleaf Dr.<br>Dallas, TEXAS 75243<br>UNITED STATES |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| State or Country Where Organized: | TEXAS |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Tamera H. Bennett | Docket Number: | spi50001 |
| Attorney Primary Email Address: | tbennett@tbennettlaw.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | |
|---|---|
| Correspondent Name/Address: | TAMERA H. BENNETT<br>BENNETT LAW OFFICE<br>132 W. MAIN STREET<br>LEWISVILLE, TEXAS 75057<br>UNITED STATES |
| Phone: | 972-436-8141 |
| Correspondent e-mail: | tbennett@tbennettlaw.com admin@tbennettlaw.com |
| Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 21, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Jan. 03, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 03, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 14, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 25, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 11, 2016 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 10, 2016 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 10, 2016 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| May 20, 2016 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| May 20, 2016 | NON-FINAL ACTION E-MAILED | 6325 |
| May 20, 2016 | NON-FINAL ACTION WRITTEN | 83180 |
| May 18, 2016 | ASSIGNED TO EXAMINER | 83180 |
| Feb. 05, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 05, 2016 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | PUBLICATION AND ISSUE SECTION | Date in Location: | Mar. 21, 2017 |

**App. 003**

# EXHIBIT B



# EXHIBIT C



App. 007

# EXHIBIT D



# EXHIBIT E

App. 010



App. 011

# EXHIBIT F

App. 012



App. 013



