# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| DEIDRA ROPER, et al. | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1651-S |
| CHERYL JAMES-WRAY, et al. | § § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

Veronica Lewis
Gibson Dunn
2100 McKinney Ave. Ste. 1100
Dallas, Texas 75201
(214) 698-3320
vlewis@gibsondunn.com

Mediation shall be in person and completed **within 90 days.**

The Mediator shall be responsible for communicating with counsel to coordinate a date for the mediation. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 2, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**