IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEIDRA M. ROPER a/k/a "Spinderella", | § | |
| and SPINDERELLA | § | |
| ENTERTAINMENT, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:19-cv-01651-S |
| | § | |
| CHERYL JAMES-WRAY a/k/a | § | |
| CHERLY JAMES, SANDRA DENTON, | § | |
| JAMES MAYNES, AND S & C | § | |
| PRODUCTIONS, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please take notice that David Grant Crooks of the law firm of Fox Rothschild LLP will also be representing Defendants in the above-entitled and numbered case as co-counsel and requests that he be included on the service of all notices, pleadings, orders, and other documents filed in this case at the following:

David Grant Crooks
Fox Rothschild LLP
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Tel: 972-991-0889
Fax: 972-404-0516
Email: dcrooks@foxrothschild.com

Respectfully submitted,

FOX ROTHSCHILD LLP


/s/David Grant Crooks
C. Dunham Biles
State Bar No. 24042407
David Grant Crooks
State Bar No. 24028168
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Tel:  972-991-0889
Fax:  972-404-0516
cbiles@foxrothschild.com
dcrooks@foxrothschild.com

**ATTORNEY SPECIALLY APPEARING ON
BEHALF OF DEFENDANTS**


**CERTIFICATE OF SERVICE**

     The undersigned certifies that on August 6, 2019, Defendants served a true and correct copy of the foregoing on all known counsel of record via the Northern District of Texas CM/ECF filing system.


/s/ David Grant Crooks
David Grant Crooks