# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| DEIDRA M. ROPER a/k/a "SPINDERELLA" and SPINDERELLA ENTERTAINMENT, LLC | § § § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-1651-S |
| CHERYL JAMES-WRAY a/k/a CHERYL JAMES, SANDRA DENTON, JAMES MAYNES, and S & C PRODUCTIONS, INC. | § § § § § | |

## ORDER

This Order addresses the parties' Agreed Motion to Permit Plaintiffs to File a Second Amended Complaint and to Extend Defendants' Responsive Pleading and Briefing Deadlines [ECF No. 35]. The Court grants the Motion in part. Plaintiffs are granted leave to file a Second Amended Complaint.

**SO ORDERED.**

SIGNED September 9, 2019.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**