IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEIDRA M. ROPER a/k/a "Spinderella", and SPINDERELLA ENTERTAINMENT, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>CHERYL JAMES-WRAY A/K/A CHERYL JAMES, SANDRA DENTON, JAMES MAYNES, AND S & C PRODUCTIONS, INC.<br><br>    Defendants. | Civil Action No. 3:19-CV-01651-S |

**PLAINTIFFS' MOTION TO DISMISS DEFENDANTS WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Deidra M. Roper a/k/a "Spinderella" and Spinderella Entertainment, LLC hereby files this *Motion to Dismiss Defendants with Prejudice* and respectfully shows the Court as follows:

1.   Plaintiffs filed this lawsuit on July 10, 2019.

2.   Plaintiffs and Defendants Cheryl James-Wray a/k/a Cheryl James, Sandra Denton, James Maynes, and S&C Productions, Inc. have since resolved the claims at issue between them in this lawsuit.

3.   Accordingly, under Federal Rule of Civil Procedure 41(a), Plaintiffs seek to voluntarily dismiss with prejudice all claims brought against Defendants in this lawsuit with each party to bear its own costs, expenses, and attorneys' fees.

Respectfully Submitted,

**THOMPSON & KNIGHT LLP**

/s/ *Paul K. Stafford*
Paul K. Stafford
State Bar No. 00791716
paul.stafford@tklaw.com
Sydne K. Collier
State Bar No. 24089017
sydne.collier@tklaw.com
Craig Carpenter
State Bar No. 24082782
craig.carpenter@tklaw.com

1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone:	214-969-1106
Facsimile:	214-999-1500

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On June December 26, 2019, I electronically submitted the foregoing document to the Clerk of the Court for the United States District Court for the Eastern District of Texas using the electronic case filing system of the Court.

/s/ Sydne K. Collier
Sydne K. Collier